Judge Berman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN STANLEY & CO. INCORPORATED,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL M. KOWNACKI,<br><br>　　　　　Respondent. | )<br>)<br>)<br>)　07 CIV 7836<br>)　Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT FOR PETITIONER MORGAN STANLEY & CO. INCORPORATED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, petitioner Morgan Stanley & Co. Incorporated hereby identifies the following parent corporations or publicly-held companies that own 10% or more of its stock:

　　Morgan Stanley

Date:　September 5, 2007
New York, New York

　　　　　　　　　KIRKLAND & ELLIS LLP

　　　　　　　　　_LeeAnn Stevenson_
　　　　　　　　　Maria Ginzburg (MG 1520)
　　　　　　　　　Lee Ann Stevenson (LS 3065)
　　　　　　　　　David I. Horowitz (DH 0921)
　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　153 East 53rd Street
　　　　　　　　　New York, New York 10022-4611
　　　　　　　　　(212) 446-4800

　　　　　　　　　*Attorneys for Petitioner*