Maria Ginzburg (MG 1520)
Lee Ann Stevenson (LS 3065)
David I. Horowitz (DH 0921)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MORGAN STANLEY & CO. INCORPORATED<br><br>Petitioner,<br><br>v.<br><br>MICHAEL M. KOWNACKI<br><br>Respondent. | Case No. 1:07-cv-07836-RMB<br><br>ECF Case<br><br>**NOTICE OF MORGAN STANLEY'S PETITION FOR CONFIRMATION OF ARBITRATION AWARD** |

PLEASE TAKE NOTICE that, upon the attached declaration of Lee Ann Stevenson, dated September 10, 2007 and the accompanying Petition for Confirmation of Arbitration Award and the documents annexed thereto, dated September 5, 2007, Petitioner Morgan Stanley & Co. Incorporated hereby moves this Court, before the Honorable Richard M. Berman of the United States District Court for the Southern District of New York, at Room 650 of the United States Courthouse, 500 Pearl Street, New York, New York, to confirm the arbitration award that is the subject of Morgan Stanley's petition.

PLEASE TAKE FURTHER NOTICE that any opposing affidavits and answering memorandum shall be served within ten business days after service of the Petition and reply

papers shall be served within five business days of the service of any answering papers. The date for oral argument, if any, shall be set by the Court.

Date:  September 10, 2007  KIRKLAND & ELLIS LLP
New York, New York

*/s/ Lee Ann Stevenson*
Maria Ginzburg (MG 1520)
Lee Ann Stevenson (LS 3065)
David I. Horowitz (DH 0921)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800
***ATTORNEYS FOR PETITIONER
MORGAN STANLEY & CO.
INCORPORATED***

2