UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL KOWNACKI,

        Petitioner,

- against -

MORGAN STANLEY DW, INC.,

        Respondent.

---

MORGAN STANLEY & CO., INC.,

        Petitioner,

- against -

MICHAEL KOWNACKI,

        Respondent.

---

07 Civ. 7817 (JGK)
07 Civ. 7836 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The petitioner's time to submit a response to the respondent's cross-petition to confirm the arbitration award and a reply, if any, to the petitioner's petition to vacate the arbitration award is extended to **November 20, 2007**. If the petitioner submits a response, the respondent should submit any reply by **November 30, 2007**.

SO ORDERED.

Dated:   New York, New York
          October 30, 2007

                                      John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07