USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-3-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL M. KOWNACKI )
)
       Petitioner, )
)
v. )
)
)
)
)
)
MORGAN STANLEY DW INC. )
)
       Respondent. )
)
)

Case No. 07-CV-7817 (JGK)
Case No. 07-CV-7836 (JGK)

[PROPOSED] ORDER DISMISSING MOTION TO VACATE WITH PREJUDICE AND CONFIRMING ARBITRATION AWARD

MORGAN STANLEY & CO., INC., )
)
       Petitioner, )
)
v. )
)
)
)
)
)
MICHAEL M. KOWNACKI )
)
       Respondent. )
)
)

    Upon consideration of the parties' Stipulation Dismissing Motion To Vacate With Prejudice And Requesting Confirmation of Arbitration Award, for good cause shown, it is hereby ORDERED that:

    Michael M. Kownacki's petition to vacate and complaint are DISMISSED WITH PREJUDICE; and it is further ORDERED that;

Morgan Stanley's petition for confirmation of arbitration award is GRANTED and the June 6, 2007 New York Stock Exchange award in Mr. Kownacki's favor is CONFIRMED.

Dated: New York, New York
April 2, 2008

John G. Koeltl
United States District Judge