UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL M. KOWNACKI,

          Petitioner,

-against-

MORGAN STANLEY DW INC.,

          Respondent.
---------------------------------------------------------------X
MORGAN STANLEY & CO., INC.,

          Petitioner,

-against-

MICHAEL M. KOWNACKI,

          Respondent.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/-8

07 CIVIL 7817 (JGK)
**JUDGMENT**

07 CIVIL 7836 (JGK) e-Filed

    Whereas the above-captioned action having come before this Court, the matter having been brought before the Honorable John G. Koeltl, United States District Judge, and the Court, on April 2, 2008, having issued its Order dismissing Michael M. Kownacki's petition to vacate and complaint with prejudice, granting Morgan Stanley's petition for confirmation of arbitration award, and confirming the June 6, 2007 New York Stock Exchange award in Mr. Kownacki's favor, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 2, 2008, Michael M. Kownacki's petition to vacate and complaint are dismissed with prejudice; Morgan Stanley's petition for confirmation of arbitration award is granted; and the June 6, 2007 New York Stock Exchange award in Mr. Kownacki's favor is confirmed.

Dated: New York, New York
       April 7, 2008

                        J. MICHAEL MCMAHON
                        _____
                        Clerk of Court

          BY:
                        _____
                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____